IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Idalia Garcia, Plaintiff<br>v.<br>Los Alamos Inc. (d/b/a Jelly Jam) & Jorge Jimenez, individually, Defendants | Case No. 1:17-cv-1584<br>Judge: Hon. Samuel Der-Yeghiayan |

## STIPULATION TO DISMISS

The Parties, through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss this action in its entirety without prejudice and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement. On November 15, 2017, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| **s/ Bryan Pacheco**<br>Consumer Law Group, LLC<br>6232 North Pulaski Road<br>Suite 200<br>Chicago, IL 60646 | **s/ W. Scott Trench**<br>Brady, Connolly & Masuda, P.C.<br>10 South LaSalle Street<br>Suite 900<br>Chicago, Illinois 60603 |