UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Idalia Garcia
                Plaintiff,

v.                                 Case No.: 1:17–cv–01584
                                         Honorable Samuel Der–Yeghiayan

Los Alamos Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2017:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Parties having filed a stipulation of dismissal [7], the instant action is hereby dismissed without prejudice to move for reinstatement by 11/15/17. In the event no party moves for reinstatement by 11/15/17, the dismissal shall become a dismissal with prejudice at that time. Each party to bear its own costs and fees. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.